# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Tiffany Davis, *on behalf of herself and others similarly situated*, ) ) ) ) Plaintiff, ) ) v. ) ) Wells Fargo Bank, N.A., ) ) Defendant. ) _____) | Case No.: 1:15-cv-3140-TWT |

For reasons set forth in the parties' June 9, 2016 joint status report, and for good cause shown, this Court orders as follows:

On or before June 30, 2016 Plaintiff must submit either an unopposed motion for preliminary approval of the parties' class action settlement, or a report updating this Court as to the status of this matter.

SO ORDERED, this 10th day of June, 2016.

/s/Thomas W. Thrash
United States District Judge